UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                                   Criminal Case No. 13-20440

v.

Orlando Cook,                                Sean F. Cox
                                                    United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Acting *pro se*, Defendant/Petitioner Orlando Cook ("Cook") filed a Motion for Permission to File a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (ECF No. 54). This Court referred that motion to Magistrate Judge David R. Grand for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

In a Report and Recommendation issued on July 30, 2021, the magistrate judge recommends that the Court deny the motion and decline to issue a certificate of appealability. (ECF No. 62).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Accordingly, the Court hereby ADOPTS the July 30, 2021 Report and Recommendation and ORDERS that Defendant Cook's Motion is DENIED. IT IS FURTHER ORDERED that this Court DECLINES to issue a certificate of appealability.

    IT IS SO ORDERED.

                                                     s/Sean F. Cox
                                                     Sean F. Cox
                                                     United States District Judge

Dated: August 31, 2021